IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ERIC JOHN WALSH,** | ) | Civil Action No. 7:12-cv-00587 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CLARKE, et al.,** | ) | By:  Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) Defendants' motion for summary judgment (Docket No. 24) is **GRANTED;** and the claims against Clarke, Taylor, Edmonds, Booker, and Hunt are **DISMISSED** without prejudice due to Walsh's failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a); and

(2) Defendant Espinoza's motion to dismiss (Docket No. 33) is **DISMISSED** as moot; and Walsh's claims against Espinoza are **DISMISSED** without prejudice.

(3) The Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**:  This 30th day of July, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE