IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERIC JOHN WALSH,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:12-cv-00587 |
| v. | )<br>) | **FINAL ORDER** |
| CLARKE, et al.,<br>    Defendants. | )<br>)<br>) | By: Norman K. Moon<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) Defendants' motion for summary judgment (Docket No. 24) is **GRANTED;** and the claims against Clarke, Taylor, Edmonds, Booker, and Hunt are **DISMISSED** without prejudice due to Walsh's failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a); and

(2) Defendant Espinoza's motion to dismiss (Docket No. 33) is **DISMISSED** as moot; and Walsh's claims against Espinoza are **DISMISSED** without prejudice.

(3) The Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 30th day of July, 2013.

                                                              /s/ Norman K. Moon<br>
                                                          NORMAN K. MOON<br>
                                                          UNITED STATES DISTRICT JUDGE